

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00523-CV

David Robertson
v.
Oksana Robertson

On Appeal from the
148th District Court of Nueces County, Texas
Trial Cause No. 2013-FAM-2820-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed in part and reversed and remanded in part. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED AND REMANDED IN PART. Costs of the appeal are adjudged fifty percent against appellant and fifty percent against appellee.

We further order this decision certified below for observance.

December 3, 2015